## SMITH V. THE STATE.

(Decided May 16, 1912.)

APPEAL from Autauga Circuit Court.

Heard before Hon. W. W. PEARSON.

HILL, HILL, WHITING & STERNE, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

WALKER, P. J.—Reversed and remanded, on the authority of *Townsend v. The State*, 137 Ala. 93; 34 South. 382.

---

## STEWART V. ELKINS.

(Decided April 18, 1912.)

APPEAL from Blount Circuit Court.

Heard before Hon. A. E. BLACKWOOD.

No counsel marked for either party.

Per curiam.　Affirmed on certificate.